UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Board of Managers of the 633 Third Avenue Condominium v. The Permanent Mission of Afghanistan to the United Nations, et al. | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 1:23-cv-10371-ALC |
|---|---|

I hereby certify under the penalties of perjury that on the 26th day of January 2024, I served defendant:

    The Permanent Mission of Afghanistan to the United Nations
    c/o Ministry of Foreign Affairs
    Ghazian Street (next to Daudzai Shopping Center)
    Malek Asghar Square
    Kabul 1011, Afghanistan
    Attn: IEA-Foreign Minister, Mawlawi Amir khan Muttaqi

    By dispatching via Federal Express, Tracking No.: 7749 4609 0749, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English, Dari and Pashto):

1. Civil Cover Sheet;
2. Summons (with rider therein);
3. Complaint (with exhibits thereto);
4. Rule 7.1 Statement;
5. Notice of Suit, prepared pursuant to 22 CFR § 93.2 (with exhibit thereto);
6. Notice of Pendency;
7. Translations of each of the foregoing documents into Dari and Pashto;
8. Affidavits of Translator.

Dated: New York, New York
         January 26, 2024

                                              RUBY J. KRAJICK
                                              CLERK OF COURT

                                              /s/ Rachel Slusher
                                              Deputy Clerk