28 USC 1608 Summons IH 6
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

BOARD OF MANAGERS OF THE
633 THIRD AVENUE CONDOMINIUM

　　　　　　　　Plaintiff　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　　　) Civil Action No. 1:23-CV-10371
THE PERMANENT MISSION OF AFGHANISTAN TO THE UNITED NATIONS,　)
NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-100　　)
　　　　　　　　Defendant　　　　　　　　)

## SUMMONS IN A CIVIL ACTION

**To:** (Defendant's name and address)

> The Permanent Mission of Afghanistan to the United Nations
> c/o Ministry of Foreign Affairs
> Ghazian Street (Next to Daudzai Shopping Center)
> Malek Asghar Square
> Kabul 1011, Afghanistan
> ATTN: IEA-Foreign Minister, Mawlawi Amir khan Muttaqi

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kurzman Eisenberg Corbin & Lever, LLP
> Lisa M. Capone
> One North Broadway, 12th Floor
> White Plains, NY 10601
> lcapone@kelaw.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____    _____
　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk