28 USC 1608 Summons IH 6
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

BOARD OF MANAGERS OF THE
633 THIRD AVENUE CONDOMINIUM

            Plaintiff

v.

THE PERMANENT MISSION OF AFGHANISTAN TO THE UNITED NATIONS, NEW YORK CITY DEPARTMENT OF FINANCE, and JOHN DOES 1-100

            Defendant

Civil Action No. 1:23-CV-10371

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

    The Permanent Mission of Afghanistan to the United Nations
    c/o Ministry of Foreign Affairs
    Ghazian Street (Next to Daudzai Shopping Center)
    Malek Asghar Square
    Kabul 1011, Afghanistan
    ATTN: IEA-Foreign Minister, Mawlawi Amir khan Muttaqi

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kurzman Eisenberg Corbin & Lever, LLP
    Lisa M. Capone
    One North Broadway, 12th Floor
    White Plains, NY 10601
    lcapone@kelaw.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 3/22/2024

/s/ P. Canales
Signature of Clerk or Deputy Clerk

