UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOARD OF MANAGERS OF THE
633 THIRD AVENUE CONDOMINIUM,                Case No. 1:23-cv-10371

                           Plaintiff,

      -against-                                   **NOTICE OF PENDENCY**
                                                      **OF ACTION**

THE PERMANENT MISSION OF AFGHANISTAN
TO THE UNITED NATIONS, NEW YORK CITY
DEPARTMENT OF FINANCE, and JOHN DOES 1-
100, the latter names being fictitious, but intending to
designate tenants, persons in possession, or persons
having an interest in portions of the premises
described in the Verified Complaint,

                           Defendants.
------------------------------------------------------------------X

       **NOTICE IS HEREBY GIVEN** that an action has been commenced and is pending in the United States District Court, Southern District of New York, Case No. 1:23-cv-10371, upon a Summons and Verified Complaint of the above-named plaintiff, the Board of Managers of the 633 Third Avenue Condominium (the "Plaintiff), against defendants The Permanent Mission of Afghanistan to the United Nations (the "Mission"), the New York City Department of Finance (the "Department of Finance"), and John Does 1-100 (the "Doe Defendants") (collectively, the Defendants") for the foreclosure of a lien dated January 6, 2023 (the "Lien"), for unpaid common charges due plaintiff pursuant to and in accordance with the Plaintiff's declaration and by-laws related to the condominium unit known as and located at 633 Third Avenue, Unit 27A, New York, New York 10017 and designated on the tax roll(s) of the County of New York as Block 1314, Lot 1426 (the "Property").

       **NOTICE IS FURTHER GIVEN** that the Property affected by said foreclosure action was, at the time of the commencement of this action, and at the time of filing of this Notice of

Notice of Pendency, situated in the County of New York and State of New York, and described in <u>Schedule A</u> annexed hereto and made a part hereof.

The Clerk of the County of New York is directed to index this Notice against the names of all the defendants.

Dated: White Plains, New York
December 6, 2023

                                     KURZMAN EISENBERG CORBIN & LEVER, LLP

                                     By: _____
                                          Lisa M. Capone
                                          *Attorneys for Plaintiff*
                                          One North Broadway, 12th Floor
                                          White Plains, NY 10601
                                          lcapone@kelaw.com
                                          (914) 993-6042

## SCHEDULE A

### DESCRIPTION OF THE LAND

The Condominium Unit ("Unit") known as Unit No. 27A in the building designated by the street address of 633 Third Avenue ("Building") in The 633 Third Avenue Condominium ("Condominium"), Borough of Manhattan, County of New York, New York, New York 10017, said Unit being designated and described by the above Unit No. in a certain declaration dated February 22, 1995, made by Grantor pursuant to Article 9-B of the Real Property Law of the State of New York ("Condominium Act") establishing a plan for condominium ownership of the Building and the land ("Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which declaration was recorded in the Office of the Register of the City of New York, County of New York ("Register's Office") on March 9, 1995, in Reel 2189, Page 0600 ("Declaration"), as amended. The Unit is also designated as Tax Lot 1426 respectively, in Block 1314 in the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of The City of New York and on the Floor Plans of the Building, filed with the Real Property Assessment Department of The City of New York as Condominium Plan No. 902 and also filed in the Register's Office on March 9, 1995 as Condominium Map No. 05299.

All that certain plot, piece or parcel of land in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of East 40th Street and the easterly side of Third Avenue;

RUNNING THENCE easterly along the northerly side of East 40th Street a distance of 246 feet 6 inches;

THENCE northerly and parallel with the easterly side of Third Avenue 197 feet 6 inches to a point in the southerly line of East 41st Street;

THENCE westerly along the southerly side of East 41st Street, 246 feet 6 inches to the easterly side of Third Avenue;

THENCE southerly along the easterly side of Third Avenue, 197 feet 6 inches to the point or place of BEGINNING.