UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOARD OF MANAGERS OF THE
633 THIRD AVENUE CONDOMINIUM,

                Plaintiff,

    -against-

THE PERMANENT MISSION OF
AFGHANISTAN TO THE UNITED NATIONS,
NEW YORK CITY DEPARTMENT OF
FINANCE, and JOHN DOES 1-100, the latter
names being fictitious, but intending to designate
tenants, persons in possession, or persons having an
interest in portions of the premises described in the
Verified Complaint,

                Defendants.
-----------------------------------------------------------------X

Case No. 1:23-cv-10371

## **CLERK'S CERTIFICATE OF DEFAULT**

I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 28, 2023 with the filing of a Complaint; copies of the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Notice of Suit, prepared pursuant to 22 CFR § 93.2 (with exhibit thereto), Notice of Pendency, Translation of each of the foregoing documents into Dari and Pashto, and Affidavits of Translator, were served upon Defendant The Permanent Mission of Afghanistan to the United Nations on **May 14, 2024**, via diplomatic channels by the Department of State, pursuant to 28 U.S.C. § 1608(a)(4).

I further certify that, via docket entry dated June 10, 2024, on June 3, 2024, the Clerk of the Court received a certified copy of the diplomatic note from the Department

of State indicating that Defendant The Permanent Mission of Afghanistan was served. A copy of the communication from the Department of State and the certified diplomatic note were uploaded to CM/ECF on July 23, 2024.

    I further certify that the docket entries indicate that Defendant The Permanent Mission of Afghanistan to the United Nations has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant The Permanent Mission of Afghanistan to the United Nations is hereby entered.

Dated: New York, New York
       October  4 , 2024                DANIEL ORTIZ
                                          ACTING CLERK OF THE COURT

                                         By:_____
                                               Deputy Clerk