UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BOARD OF MANAGERS OF THE 633
THIRD AVENUE CONDOMINIUM,

                Plaintiff,

      -against-                      1:23-cv-10371 (ALC)

THE PERMANENT MISSION OF         **ORDER**
AFGHANISTAN TO THE UNITED
NATIONS, et al.,

               Defendants.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff is directed to file a motion for default judgment by **November 4, 2024.**

**SO ORDERED.**

Dated:   October 17, 2024
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**