UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/23/2024

---

BOARD OF MANAGERS OF THE 633 THIRD AVENUE CONDOMINIUM,

           Plaintiff,

v.

THE PERMANENT MISSION OF AFGHANISTAN TO THE UNITED NATIONS,

           Defendant.

1:23-cv-10371 (ALC)

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Justin B. Cox, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Maryland, Georgia, and Oregon, as well as the District of Columbia, and that his contact information is as follows:

    Applicant's Name: Justin B. Cox
    Firm Name: Law Office of Justin B. Cox
    Address: PO Box 1106
    City/State/Zip: Hood River, OR 97031
    Telephone: 541.716.1818

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Naseer A. Faiq in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 23, 2024
      New York, New York

_____
United States District / Magistrate Judge