# KURZMAN EISENBERG CORBIN & LEVER, LLP

**ATTORNEYS AT LAW**

ONE NORTH BROADWAY, 12TH FLOOR  
WHITE PLAINS, NEW YORK 10601  
TEL: (914) 285-9800  
FAX: (914) 285-9855

260 MADISON AVENUE, 16TH FLOOR  
NEW YORK, NEW YORK 10016  
TEL: (212) 697-5550  
FAX: (914) 285-9855

**CORRESPONDENCE SHOULD BE  
SENT TO THE WHITE PLAINS  
ADDRESS ONLY**

November 4, 2024

**Via ECF and  
Email to ALCarterNYSDChambers@nysd.uscourts.gov**

Honorable Andrew L. Carter, Jr., U.S.D.J.  
United States District Court  
Southern District of New York  
40 Foley Square, Room 435  
New York, NY 10007

> Re: **Board of Managers of the 633 Third Avenue Condominium v. The Permanent Mission of Afghanistan to the United Nations. et al.**  
> United States District Court for the Southern District of New York  
> Civil Action No. 1:23-cv-10371-ALC

Dear Judge Carter:

This firm represents Plaintiff Board of Managers of the 633 Third Avenue Condominium ("Plaintiff") in the above-referenced action. We write pursuant to Your Honor's Individual Practices to seek a 10-day extension of time to file a motion for default judgment.

On November 28, 2023, Plaintiff commenced this action against, among others, the Permanent Mission of Afghanistan to the United Nations (the "Mission"). On October 3, 2024, Plaintiff sought a Clerk's Certificate of Default against the Mission, which was issued on October 4, 2024. On October 17, 2024, the Court ordered Plaintiff to move for a default judgment by November 4, 2024.

Plaintiff requests a 10-day extension of time to file a motion for default judgment, extending the date from November 4, 2024, to November 14, 2024. While we have been working on the motion and intended to file today, we have been unable to complete our papers since Plaintiff's counsel of record in the action, Lisa M. Capone, Esq., has been out of the office due to illness and largely unreachable over the last few days. Plaintiff has not made a previous request for an extension of time to move for default judgment. Additionally, as the Mission has not appeared, consent for the requested extension cannot be obtained. Nonetheless, no prejudice would result from the requested extension.

Honorable Andrew L. Carter, Jr., U.S.D.J.
1:23-cv-10371-ALC
Page 2

      We thank Your Honor for considering this request.

                                          Respectfully submitted,

                                          Jeffrey S. Peters

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE


DATED: _____