# KURZMAN EISENBERG CORBIN & LEVER, LLP

**ATTORNEYS AT LAW**

| | |
|---|---|
| ONE NORTH BROADWAY, 12TH FLOOR | 260 MADISON AVENUE, 16TH FLOOR |
| WHITE PLAINS, NEW YORK 10601 | NEW YORK, NEW YORK 10016 |
| TEL: (914) 285-9800 | TEL: (212) 697-5550 |
| FAX: (914) 285-9855 | FAX: (914) 285-9855 |

**CORRESPONDENCE SHOULD BE SENT TO THE WHITE PLAINS ADDRESS ONLY**

November 14, 2024

**Via ECF and**
**Email to ALCarterNYSDChambers@nysd.uscourts.gov**

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Board of Managers of the 633 Third Avenue Condominium v. The Permanent Mission of Afghanistan to the United Nations. et al.*
United States District Court for the Southern District of New York
Civil Action No. 1:23-cv-10371-ALC

Dear Judge Carter:

This firm represents Plaintiff Board of Managers of the 633 Third Avenue Condominium ("Plaintiff") in the above-referenced action. We write pursuant to Your Honor's Individual Practices to seek an additional brief extension of time to file a motion for default judgment.

On November 28, 2023, Plaintiff commenced this action against, among others, the Permanent Mission of Afghanistan to the United Nations (the "Mission"). On October 3, 2024, Plaintiff sought a Clerk's Certificate of Default against the Mission, which was issued on October 4, 2024. On October 17, 2024, the Court ordered Plaintiff to move for a default judgment by November 4, 2024. Pursuant to our request dated November 4, 2024, due to an illness that kept me out of the office and unavailable for several days, Your Honor extended our deadline to move for a default judgment to November 14, 2024.

I have only returned to the office from my illness yesterday and have been trying to finalize our motion papers. While we hope to be in a position to file sooner, we respectfully request a further brief extension of our time to file to November 19, 2024. As stated in our prior request, as the Mission has not appeared, consent for the requested extension cannot be obtained. Nonetheless, no prejudice would result from the requested extension.

Honorable Andrew L. Carter, Jr., U.S.D.J.
1:23-cv-10371-ALC
Page 2

      We thank Your Honor for considering this request.

      Respectfully submitted,

*Lisa M. Capone*

Lisa M. Capone

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

DATED: _____