**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    4/20/26

**Kurzman
Eisenberg**

914.993.0042   LCapone@kelaw.com

April 17, 2026

**Via ECF and Email to**
**ALCarterNYSDChambers@nysd.uscourts.gov**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    Board of Managers of the 633 Third Avenue Condominium v. The Permanent
Mission of Afghanistan to the United Nations. et al.
United States District Court for the Southern District of New York
Civil Action No. 1:23-cv-10371-ALC

Dear Judge Carter:

This firm represents Plaintiff Board of Managers of the 633 Third Avenue Condominium ("Plaintiff") in the above-referenced action.  We write pursuant to Your Honor's Individual Practices to seek a 20-day extension of time to show cause, pursuant to this Court's order, as to why Plaintiff's Complaint should not be dismissed pursuant to *767 Third Avenue Associates v. Permanent Mission of Republic of Zaire*, 988 F.2d 295 (2d Cir. 1993).  The original date for Plaintiff's submission is April 21, 2026.

Plaintiff requests a 20-day extension of time from April 21, 2026 to May 11, 2026 as the attorney who has been primarily working on this matter has been on trial, which trial is scheduled to go through May 5, 2026.  Plaintiff has not made a previous request for an extension of time to show cause as to why Plaintiff's Complaint should not be dismissed.

As the Mission has not appeared, consent for the requested extension cannot be obtained. Nonetheless, no prejudice would result from the requested extension.  To the contrary, the Mission is actively using the subject property – without making any corresponding payment for use and occupancy and/or complying with any financial obligations to Plaintiff.

We thank Your Honor for considering this request.

Respectfully Submitted,

Lisa M. Capone

**SO ORDERED**:

HON. ANDREW L. CARTER, JR.          April 20, 2026
UNITED STATES DISTRICT JUDGE